IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | * |
| Petitioner, | * |
| v. | Case No.  5:25-cv-00178-MTT-CHW |
| | * |
| SHAWN GILLIS | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 12/19/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk